AO 91 (Rev. 11/11) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
for the
Northern District of California

MAR 13 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Monet Beatrice Pierson | ) | Case No. |
| | ) | |
| | ) | 3  19  70383 |
| | ) | MAG |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 12, 2019__ in the county of __San Francisco__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Employee |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Maria Juarbe

☑ Continued on the attached sheet.

Approved as to form /s/ Denise Oki
SAUSA Denise Oki

_____
Complainant's signature

MARIA JUARBE  SPECIAL AGENT
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/13/2019

City and state: SF, CA

_____
Judge's signature

Joseph C. Spero
Chief US MJ
Printed name and title

## AFFIDAVIT OF SPECIAL AGENT MARIA JUARBE
## IN SUPPORT OF CRIMINAL COMPLAINT

I, Maria Juarbe, Special Agent with the Federal Protective Services, being duly sworn, do hereby depose and state:

### INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. This affidavit is submitted in support of a Criminal Complaint charging **Monet Beatrice PIERSON (hereafter PIERSON).** The facts in this affidavit are known to me as a result of my personal participation in this investigation, were relayed to me by other law enforcement personnel on scene or at the station, my review of computer records related to this investigation and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause for the arrest of **PIERSON**, I have not included each and every fact known to me about this case. In addition, where I recount what I learned from others and/or what I learned from reviewing computer documents, I am recounting such information in sum and substance and in relevant part only.

### AGENT BACKGROUND

2. I am a Special Agent with the Federal Protective Services (FPS). I have been so employed since 2003. Prior to becoming a Special Agent, I was a law enforcement officer with FPS beginning in 1996. As part of my duties within this agency, I investigate violations of Federal, State and local laws. I have investigated crimes, including but not limited to, assault, burglary, theft, and threats.

3. During my employment with the FPS, I have successfully completed Federal Law Enforcement Training Center Basic training, as well as training over the last 22 years involving investigations of numerous violations of local, State and/or Federal crimes.

## APPLICABLE LAW

4. Title 18 U.S.C § 111(a)(1) provides that it is unlawful to (1) forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties[.]"

5. Title 18 U.S.C. § 1114 applies to "any officer or employee of the United States . . . while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties or on account of that assistance[.]"

## FACTS CONSTITUTING PROBABLE CAUSE

6. On March 12, 2019, around 6:20 a.m., Protective Security Officer (PSO) Marlon Santos was conducting an exterior foot patrol of the federal building at 450 Golden Gate Avenue. PSO Santos is an employee of Triple Canopy. Triple Canopy has a contract with FPS for security services. PSO Santos is a contractor with FPS whose responsibilities include: security patrol of the exterior of federal buildings in the area, including but not limited to the federal building at 450 Golden Gate Avenue; inspection of vehicles entering the garage at federal buildings in the area, including but not limited to the federal building at 450 Golden Gate Avenue; and reporting suspicious activity or security violations. PSO Santos was wearing his security uniform on March 12, 2019.

7. While on patrol, PSO Santos approached the corner of Turk Street and Larkin Street. As PSO Santos turned the corner onto Turk Street, he felt an unknown object hit his face. The object hit PSO Santos on his left cheek in front of his ear. PSO Santos then stepped back, putting his hand in front of his face, and told the assailant, later identified as **PIERSON**, to stop.

8. **PIERSON** reached down to grab another object and threw that object at PSO Santos. This second object did not hit PSO Santos. **PIERSON** charged at PSO Santos and he

continued to order **PIERSON** to stop. PSO Santos then deployed pepper spray and successfully stopped the assailant from charging at him.

9. The incident is not captured on surveillance footage because the angles of the two cameras create a blind-spot right at the corner of Turk Street and Larkin Street.

10. After pepper spraying **PIERSON**, PSO Santos ran to call for assistance from the guard station on Larkin Street near the driveway entrance. FPS Inspector Walker responded, met up with PSO Santos, and tried to locate **PIERSON**. FPS Inspector Walker located **PIERSON** on Polk Street just south of Eddy Street. The San Francisco Fire Department soon arrived to assist and attend to **PIERSON**.

11. **PIERSON** was taken to UCSF Medical Center and admitted for observation. PSO Santos arrived at the emergency room and positively identified **PIERSON**.

12. PSO Santos reported that his ears hurt and were ringing after the incident. He also noticed blood dripping from his nose.

## CONCLUSION

13. Based upon the above facts, as well as my training and experience, there is probable cause to believe that on March 12, 2019, Monet Beatrice **PIERSON** committed a violation of 18 United States Code Section 111(a)(1) – Assault on Federal Employee.

Maria Juarbe
Special Agent
Federal Protective Services

Sworn to and subscribed before me
this ___ day of March, 2019

HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE